SEALED

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: 4:14-mj-00002-GRS-2 *SEALED*
### Internal Use Only

Case title: USA v. Carter et al

Date Filed: 01/16/2014

Assigned to: Magistrate Judge G. R. Smith

**Defendant (2)**

**Stuart Johnson**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by **Nancy Colleen Greenwood**
U.S. Attorney's Office - Augusta
P.O. Box 2017
Augusta, GA 30903
706-724-0517
Fax: 706-724-7728
Email: nancy.greenwood@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

T. Shane Mayes
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-201-2567
Fax: 912-652-4388
Email: shane.mayes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2014 | 6 | MOTION to Seal by USA as to Richard B. Johnson. (mah) (Entered: 01/30/2014) |
| 01/16/2014 | 7 | ORDER granting 6 Motion to Seal as to Richard B. Johnson (2). Signed by Magistrate Judge G. R. Smith on 1/16/2014. (mah) (Entered: 01/30/2014) |
| 01/16/2014 | 8 | MOTION for Search Warrant for information associated with MODELZFAN@YAHOO.COM stored at premises controlled by YAHOO!, Inc. by USA as to Richard B. Johnson. (Attachments: # 1 Affidavit)(mah) (Entered: 01/30/2014) |
| 01/16/2014 | 9 | ORDER granting 8 Motion for Search Warrant as to Richard B. Johnson (2). Signed by Magistrate Judge G. R. Smith on 1/16/2014. (mah) (Entered: 01/30/2014) |
| 01/16/2014 | 10 | Search and Seizure Warrant Issued in case for MODELZFAN@YAHOO.COM as to Richard B. Johnson. (mah) (Entered: 01/30/2014) |
| 02/26/2014 | 11 | MOTION for Search Warrant for The Bike Shop, 16648 Hwy 67, Statesboro, GA 30458 by USA as to Stuart Johnson. (mah) (Additional attachment(s) added on 2/28/2014: # 1 Affidavit) (mah). (Entered: 02/28/2014) |
| 02/26/2014 | 12 | ORDER granting 11 Motion for Search Warrant as to Stuart Johnson (2). Signed by Magistrate Judge G. R. Smith on 2/26/2014. (mah) (Entered: 02/28/2014) |
| 02/26/2014 | 13 | Searchand Seizure Warrant Issued for The Bike Shop, 16648 Hwy 67, Statesboro, GA 30458 in case as to Stuart Johnson. (mah) (Entered: 02/28/2014) |
| 02/26/2014 | 14 | MOTION for Search Warrant for 522 Whistlestop Circle, Statesboro, GA 30461 by USA as to Stuart Johnson. (Attachments: # 1 Affidavit)(mah) (Entered: 02/28/2014) |
| 02/26/2014 | 15 | ORDER granting 14 Motion for Search Warrant as to Stuart Johnson (2). Signed by Magistrate Judge G. R. Smith on 2/26/2014. (mah) |

|            |         |    |                                                                                                                                                                                                                |
|------------|---------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |         |    | (Entered: 02/28/2014)                                                                                                                                                                                          |
| 02/26/2014 | 🔒 🔒   | 16 | Search and Seizure Warrant Issued for 522 Whistlestop Circle, Statesboro, GA 30461 in case as to Stuart Johnson. (mah) (Entered: 02/28/2014)                                                                   |
| 03/06/2014 |         | 17 | MOTION for Search Warrant for 2001 White Dodge Dakota in possession of the Bulloch County Sheriff's Office by USA as to Stuart Johnson. (Attachments: # 1 Affidavit)(mah) (Entered: 03/10/2014)               |
| 03/06/2014 |         | 18 | ORDER granting 17 Motion for Search Warrant as to Stuart Johnson (2). Signed by Magistrate Judge G. R. Smith on 3/6/2014. (mah) (Entered: 03/10/2014)                                                          |
| 03/06/2014 | 🔒 🔒   | 19 | Search and Seizure Warrant Issued in case for 2001 White Dodge Dakota as to Stuart Johnson. (mah) (Entered: 03/10/2014)                                                                                        |