FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2014 APR -3  PM 11: 24

CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| | ) CR614-006 |
| v. | ) VIO: 18 U.S.C. §§ 2252A(a)(2), (b)(1) |
| | )         Receipt Of Child Pornography |
| STUART POWELL JOHNSON, | )         (2 Counts) |
| | ) |
| Defendant. | )         18 U.S.C. § 2251(d)(1)(A) |
| | )         Notice to Receive Child |
| | )         Pornography |
| | ) |
| | )         18 U.S.C. § 2260A |
| | )         Commission of a Felony Involving a |
| | )         Minor By a Person Required to |
| | )         Register as a Sex Offender |
| | ) |
| | )         18 U.S.C. § 2253(a)(3) |
| | )         Forfeiture Allegation |

## COUNTS 1 AND 2
### Receipt of Child Pornography

**THE GRAND JURY CHARGES THAT:**

On or about the dates listed below, in Bulloch County and elsewhere, within the Southern District of Georgia, the defendant,

STUART POWELL JOHNSON,

aided and abetted by others, did knowingly and unlawfully receive one or more electronic images containing child pornography, as that term is defined in Title 18, United States Code Section, 2256(8)(A), that is, images visually depicting minors, individuals who had not attained the age of eighteen, engaged in sexually explicit conduct, said images having been transported and shipped in interstate commerce over the Internet to a computer operated by the Defendant; and that at or about the time these images were received in interstate commerce, Defendant knew they contained visual depictions of at least one minor engaged in sexually explicit conduct, all done in

violation of Title 18, United States Code, Sections 2252A(a)(2).

Each of the foregoing allegations is hereby incorporated into each of the following counts as if fully set forth therein:

| Count | Date |
|---|---|
| 1 | September 10, 2013 |
| 2 | September 15, 2013 |

All done in violation of Title 18, United States Code, Sections 2252A(a)(2).

### COUNT 3
**Notice to Receive Child Pornography**

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or September 14, and September 15, 2013, in Bulloch County and elsewhere, within the Southern District of Georgia, the defendant,

STUART POWELL JOHNSON,

did knowingly make and publish a notice seeking to receive one or more visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, and which depiction was of such conduct, then knowing that such notice would be transported using a means or facility of interstate or foreign commerce, and transported in or affecting interstate or foreign commerce by some means, including by a computer, and such notice was in fact transported using a means and facility of interstate or foreign commerce, and was transported in and affecting interstate or foreign commerce; all in violation of Title 18, United States Code, Section 2251(d)(1)(A).

## COUNT 4
## Commission of a Felony Involving a Minor
## By a Person Required to Register as a Sex Offender

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about September 14, and September 15, 2013, in Bulloch County and elsewhere, within the Southern District of Georgia, the defendant,

STUART POWELL JOHNSON,

an individual required by Georgia state law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251(d)(1)(A), in violation of Title 18 United States Code, Section 2260A.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251 or an offense in violation of Title 18, United States Code, Section 2252A, the defendant,

STUART POWELL JOHNSON,

shall forfeit to the United States of America:

    a.    Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18,

United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
Foreperson

(*Signatures continue on the next page.*)

*(Signatures for Stuart Johnson Indictment continue below.)*

_____
Edward J. Tarver
United States Attorney

_____
Nancy C. Greenwood     (Lead counsel)
Assistant United States Attorney

_____
James D. Durham
First Assistant United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division