# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR 614-06**              DATE **10/21/14**
TITLE     **USA v. Stuart Johnson**
TIMES  **2:01 - 2:56**                TOTAL **55 min**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**    Courtroom Deputy : **Elizabeth M. Nelson**
Court Reporter : **Norma Hatfield**     Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Nancy Greenwood | Michael Classens | |

PROCEEDINGS :  **Sentencing**          ☑ In Court   ☐ In Chambers

No objections to the PSR.
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and therefore finds a total offense level 26; criminal history category II; 180 mos;
5 yrs - life supervised release; $12,500 - $125,000 fine; n/a restitution; $100 special assessment; min 15 yrs; max 30 yrs
government 2:07
defendant mitigation argument 2:07 - 2:38; government 2:38 - 2:48; defendant statement 2:48 - 2:49
Court: BOP 180 mos; no departure; no fine; n/a restitution; $100 special assessment; forfeiture of computers and electronic media; supervised release 20 yrs; standard/mandatory conditions; USPO written copy; DNA sample; testing/treatment for substance abuse; mental health treatment for sex offenders; no possession, etc of anything of people in the nude or engaged in sexual activity; submit to searches; no possession or use of computer with access to online service; plea accepted; counts 1, 2, and 4 dismissed; waiver of right to appeal; no other objections; request for time served - BOP will make that calculation but it is the Court's intention that he be given credit for the time in federal custody; recommendation for FCI Estill or Jesup to the extent space and security allow.